Daniel DRAKE,[1] Petitioner
Below–Appellant,

v.

STATE of Delaware, Respondent
Below–Appellee.

No. 352, 2015

Supreme Court of Delaware.

Submitted: December 18, 2015

Decided: December 21, 2015

GRANTED.

■

David NAUGHTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 328, 2015

Supreme Court of Delaware.

Submitted: November 25, 2015

Decided: December 22, 2015

AFFIRMED.

Russell E. WALKER, Plaintiff
Below, Appellant,

v.

CITY OF NEW CASTLE and
John Lloyd, Defendants
Below, Appellees.

No. 183, 2015

Supreme Court of Delaware.

Submitted: October 16, 2015

Decided: December 31, 2015

REVERSED.